NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:16-cr-188-RJL

_James E. Cartwright_
(Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA         ☒  RETAINED         ☐  FEDERAL PUBLIC DEFENDER

_Gregory B. Craig_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_# 164640_
(Attorney & Bar ID Number)

_Skadden Arps LLC_
(Firm Name)

_1440 New York Ave NW_
(Street Address)

_Washington_   _DC_   _20005_
(City)         (State) (Zip)

_(212) 371-7480_
(Telephone Number)