NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:16-cr-00188-RJL

### JAMES E. CARTWRIGHT
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA          ☑  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Clifford M. Sloan, Bar No. 417339
_(Attorney & Bar ID Number)_
Skadden, Arps, Slate, Meagher & Flom LLP
_(Firm Name)_
1440 New York Avenue, N.W.
_(Street Address)_

| Washington | DC | 20005 |
|---|---|---|
| _(City)_ | _(State)_ | _(Zip)_ |

202-371-7000
_(Telephone Number)_