

Hoss — Thanks for your continuing contributions to the nation's security.